■

**Michael WEST, Petitioner/Appellant,**

v.

**LAKE CENTER BOAT,
Respondent/Respondent.**

No. 71215.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1997.

Rehearing Denied April 23, 1997.

Michael West, St. Charles, for Appellant.

Coffelt & Coffelt, P.C., Ross T. Anderson, Clayton, for Lake Center Boat.

Alan J. Downs, St. Louis, for Dept. of Labor and Industrial Relations.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Appeal from the Labor and Industrial Relations Commission decision.

Affirmed. Rule 84.16(b).

■

**Donna J. CARACCI, Respondent,**

v.

**Joseph A. CARACCI, Jr., Appellant.**

No. 69505.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 18, 1997.

Rehearing Denied April 23, 1997.

James M. Martin, John Malec, St. Louis, for Appellant.

Daniel M. Roddy, Clayton, for Respondent.

Before AHRENS, C.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Joseph A. Caracci, Jr. appeals from the trial court's judgment entered on his motion to modify and Donna J. Caracci's cross-motion to modify the parties' decree of dissolution. We have reviewed the judgment and it clearly addresses the problems created by the parties. The judgment is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).

■

**In re the Contest of Lottie M. WILLIAMS Regarding the Qualifications of Robert L. Hensley to Seek and/or Hold the Office of Mayor of Velda City, Missouri, a Fourth Class City.**

**Lottie M. WILLIAMS, Appellant,**

v.

**Robert L. HENSLEY, and Board of Election Commissioner of St. Louis County, Missouri, Respondents.**

No. 72107.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1997.